1
2
3
4                                                              **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10   JEREMY HOLLAND,                    Case No. 2:23-cv-05639-MCS-MAA
11                    Plaintiff,        **JUDGMENT**
12
13          v.
14   1001 MONTANA AVENUE, LLC;
15   and DOES 1 to 10,
16                    Defendants.
17
18
19        Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed
20   that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.
21
22   **IT IS SO ORDERED.**
23
24   Dated: September 11, 2023
25                                      _____
                                        MARK C. SCARSI
26                                      UNITED STATES DISTRICT JUDGE
27
28

1